UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
                                :
CHRISTOPHER GERARD AHEE,        :
                                :
            Plaintiff,          :   Civil Action
     v.                         :   No. 04-10517-JLT
                                :
PHILIP LAUGHLIN, MICHAEL SABLONSKI, :
ALBERT ERANI, DONNA ABELLI       :
LOPOLITO, JOHN J. ACARI, HERBERT M. :
STEIN, ALAN ADES, BERNARD A. MAR- :
DEN, ALAN W. TUCK, NOVARTIS PHARMA :
AG and PRICEWATERHOUSECOOPERS LLP, :
                                :
            Defendants.         :
------------------------------- x

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT PRICEWATERHOUSECOOPERS LLP

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, PricewaterhouseCoopers LLP hereby submits the following corporate disclosure statement:

> PricewaterhouseCoopers LLP is a limited liability partnership registered under the laws of Delaware with no parent company and no publicly held company holds more than 10% of its stock.

Dated: April 5, 2004
       Boston, Massachusetts

Respectfully submitted,

*/s/ Matthew J. Matule*

James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
PricewaterhouseCoopers LLP

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party as indicated on the service list attached hereto, on 5 April 2004.

*/s/ Matthew J. Matule*

## SERVICE LIST

**BY HAND DELIVERY**

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216

Jeffrey B. Rudman, Esq.
Hale & Dorr LLP
60 State Street
Boston, MA 02109

**BY FIRST-CLASS MAIL, POSTAGE PRE-PAID**

Peter A. Lagorio, Esq.
Gilman And Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Sandy A. Liebhard, Esq.
Bernstein Liebhard & Lifschitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016

Steven G. Schulman, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119

David R. Scott, Esq.
Scott & Scott LLC
P.O. Box 192
Colchester, CT 06415