UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
                                :
CHRISTOPHER GERARD AHEE,        :
                                :
                Plaintiff,      :   Civil Action
        v.                      :   No. 04-10517-JLT
                                :
PHILIP LAUGHLIN, MICHAEL SABLONSKI, :
ALBERT ERANI, DONNA ABELLI       :
LOPOLITO, JOHN J. ACARI, HERBERT M. :
STEIN, ALAN ADES, BERNARD A. MAR- :
DEN, ALAN W. TUCK, NOVARTIS PHARMA :
AG and PRICEWATERHOUSECOOPERS LLP, :
                                :
                Defendants.     :
------------------------------- x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant

PricewaterhouseCoopers LLP in the above-captioned action.

| | |
|---|---|
| Dated: April 5, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>*/s/ Matthew J. Matule*<br>James R. Carroll (BBO #554426)<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>PricewaterhouseCoopers LLP |

### Certificate Of Service

I, Matthew J. Matule, hereby certify that on April 5, 2004, I caused a true copy of the foregoing Notice Of Appearance to be served upon the attorneys of record by the means indicated on the service list attached hereto.

Dated: April 5, 2004

*/s/ Matthew J. Matule*
Matthew J. Matule

## SERVICE LIST

**BY HAND DELIVERY**

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216

Jeffrey B. Rudman, Esq.
Hale & Dorr LLP
60 State Street
Boston, MA 02109

**BY FIRST-CLASS MAIL, POSTAGE PRE-PAID**

Peter A. Lagorio, Esq.
Gilman And Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Sandy A. Liebhard, Esq.
Bernstein Liebhard & Lifschitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016

Steven G. Schulman, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119

David R. Scott, Esq.
Scott & Scott LLC
P.O. Box 192
Colchester, CT 06415