UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMANN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NORRARTIS PHARMA AG, and PRICE WATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.: 1:04cv10027-JLT |
| CHRISTOPHER GERARD AHEE, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NORRARTIS PHARMA AG, and PRICE WATERHOUSECOOPERS,<br><br>Defendants. | Case No.: 1:04cv10517-JLT |

## RULE 7.1(A) CERTIFICATE

I, Nancy F. Gans, Proposed Liaison Counsel, hereby certify that on April 12, 2004, I spoke with Matt Matule, Esq. Skadden Arps Slate Meagher & Flom, LLP, counsel for defendant PricewaterhouseCoopers, LLP, concerning the Proposed Lead Plaintiffs The Hoffman Group's

2

Motion to Strike Defendant PricewaterhouseCoopers LLP's Motion to Dismiss. Defendants will oppose this motion.

DATED: April 12, 2004

Respectfully submitted,

**MOULTON & GANS P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979

*Proposed Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 4/12/04.

/s/ Nancy Gans

3