UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER GERARD AHEE,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP LAUGHLIN, MICHAEL SABLONSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ACARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE-WATERHOUSE COOPERS, LLP,<br><br>Defendants. | C.A. No. 04-10517 JLT |
| BRUNO HOFFMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP LAUGHLIN, MICHAEL SABLONSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ACARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE WATER-HOUSE COOPERS, LLP,<br><br>Defendants. | C.A. No. 04-10027 JLT |

**PLAINTIFF AHEE'S MOTION TO STRIKE DEFENDANT
PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS**

Plaintiff Christopher Gerard Ahee ("Ahee") hereby moves this Court for an order striking the

Motion to Dismiss filed in *Ahee v. Laughlin, et al.*, C.A. No. 04-10517 JLT (the "*Ahee* Action")

00002275.WPD ; 1

by defendant Pricewaterhousecoopers, LLP ("PWC").  As reasons in support of this Motion to Strike, Ahee adopts and incorporates the arguments and points and authorities submitted by the Hoffman Group[1] in support of its motions to strike PWC's motions to dismiss in the *Ahee* Action and in *Hoffman v. Laughlin, et al.,* C.A. No. 04-10027 JLT.

Respectfully submitted,

/s/David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Tel.: (781) 231-7850
Fax: (781) 231-7840

Joseph R. Seidman
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218

*Attorneys for Plaintiff*
*Christopher Gerard Ahee*

---

[1] Proposed lead plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan and Richard Conen.